# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN MARGARET WATERS,
THOMAS PRESCOTT WATERS,
SUZICO, L.L.C., THOMCO,
L.L.C., GUSTOCO, INC., AND
ATW PROPERTIES, L.L.C.

VERSUS

MELANSON LAW, APLC, BEN F.
MELANSON, THE ESTATE OF BEN
MELANSON AND MADELINE
AHLGREN MELANSON

NO.   2023 CW 0027

**MARCH 27, 2023**

---

In Re:   The  Estate  of  Ben  F.  Melanson,  applying  for
supervisory  writs,  19th  Judicial  District  Court,
Parish of East Baton Rouge, No. 712289.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.**

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

a.s.

---
DEPUTY CLERK OF COURT
FOR THE COURT